UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON DIVISION)

_____

In re:

      Danielle L. Martel,                        Chapter 13

                                                Case No. 25-12212

                          Debtor.

_____

## NOTICE OF RETURNED MAIL, ADDRESS CORRECTION FOR CREDITOR

## AND CERTIFICATE OF SERVICE OF DOCUMENTS AT NEW ADDRESS

The Debtor, by counsel, files this Notice of Returned Mail and Address Correction, and Certificate of Service.

1. On or about December 23, 2025, the undersigned received returned mail that had been sent in this case to the following creditor at the address shown on the creditor list/mailing matrix:

**U.S. BANK N.A. d/b/a ELAN, Attn: Bankruptcy Dept.**
**8000 Norman Center Dr.**
**Bloomington, MN 55437**

2. The returned mail bore markings indicating "Return to Sender," "Undeliverable as Addressed," and/or other markings as reflected on the envelope.

3. In order to ensure notice that is reasonably calculated to reach the creditor under the circumstances, the Debtor has updated the creditor's address as follows:

**U.S. Bank Nat. Assoc. ND**
**d/b/a Elan Financial Services**
**4325 17th Avenue**
**SW Fargo, ND 58103**

4. The Debtor respectfully requests that the Clerk update the mailing matrix/creditor list accordingly (and the Debtor has filed any required amended matrix entry through the Court's CM/ECF procedures).

[continues on the next page]

5. The Debtor is also re-serving, via first class mail, copies of the following documents to the corrected address, and certifies as to the mailing set forth herein:

    a. Third Amendment to Chapter 13 Plan

    b. All Schedules – latest as-amended version of each Schedule

    c. 309I including all deadlines

Dated: December 24, 2025

Respectfully submitted,

Danielle L. Martel, Debtor,
By her attorney,

/s/ Michael Ready Treanor, Jr.
Michael Ready Treanor, Jr., Esq.
BBO# 562948

Treanor Law Offices PLLC
265 Franklin Street, Suite 1702
Boston, MA 02110
Tel: (917) 242-2246
Email: mtreanor@treanor-advocacy.com

UTF

55330144 - DANIELLE MARTEL - 25-12212
MICHAEL TREANOR
TREANOR LAW OFFICES
160 RIVERSIDE BOULEVARD
NEW YORK, NY 10069

**RETURN TO SENDER**

553   SE  I8CU      2212/14/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
IC: 10069070199      2083N347233-00459

FREEDOM
FREEDOM
FREEDOM
FREEDOM

*USI Insurance at this Address*

U.S. BANK N.A. DBA ELAN
ATTN: BANKRUPTCY DEPT.
8000 NORMAN CENTER DR ST
BLOOMINGTON MN 55437

**RETURN TO SENDER**

